**UNITED STATES of America, Plaintiff–Appellee**

v.

**Donald Lee McLEAN, Defendant–Appellant.**

**No. 11–10140**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 21, 2012.

Susan Cowger, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, Christopher Allen Curtis, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before SMITH, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Donald Lee McLean raises arguments that he concedes are foreclosed by *United States v. Brown*, 920 F.2d 1212, 1216–17 (5th Cir.1991), *abrogated on other grounds by United States v. Candia*, 454 F.3d 468, 472–73 (5th Cir.2006), which held

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that a district court has the discretion under 18 U.S.C. § 3584 to order a federal sentence to run consecutively to a yet-to-be-imposed state sentence. *See Setser v. United States,* —— U.S. ——, 132 S.Ct. 1463, 1466–73, 182 L.Ed.2d 455 (2012). The Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

Appealing the judgment in a criminal case, Jose Montejo raises arguments that he concedes are foreclosed by *United States v. Heth,* 596 F.3d 255, 258–59 & n. 3 (5th Cir.2010), which held that (1) the Sex Offender Registration and Notification Act (SORNA) was a valid exercise of Congress's power under the Commerce Clause and (2) the defendant's conviction under SORNA did not violate his due process rights even though (a) the states in which he traveled had not yet implemented SORNA and (b) he had not received actual notice of SORNA's registration requirements. *See United States v. Whaley,* 577 F.3d 254, 258–62 (5th Cir.2009). The Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.